[No. 29010-7-III. Division Three. February 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ALFRED POSEY, *Appellant*.

*Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 29169-3-III. Division Three. February 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROOSEVELT MILLER, *Appellant*.

by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 29170-7-III. Division Three. February 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN BENTURA OZUNA, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29579-6-III. Division Three. February 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JACIHEL CONTRERAS, *Appellant*.

*Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.